NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, *as legal Title Trustee for Truman 2016 SC6 Title Trust*, | No. 18-12131 (SDW)(LDW) |
| Plaintiff, | **ORDER** |
| v. | |
| VALTAIR SOUZA and HADIA SOUZA, | November 19, 2018 |
| Defendants. | |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 2, 2018 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that this foreclosure action be remanded to the Superior Court of New Jersey, Chancery Division, Union County. (Dkt. No. 7.) Neither Plaintiff nor Defendants filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R as well as the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 7) is **ADOPTED** as the conclusions of law of this Court. This matter shall be remanded to the Superior Court of New Jersey, Chancery Division, Union County.

**SO ORDERED**.

    /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
      Magistrate Judge Wettre